In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extension of Northern Boulevard in the Borough of Queens.

McCLENAHAN REALTY Co., INC., et al., Respondents.

(Submitted October 22, 1934; decided October 26, 1934.)

*Paul Windels, Corporation Counsel (George S. Parsons* of counsel), for motion.

*Henry Herz* opposed.

Motion denied on the ground that the order is not a final order in a special proceeding. A motion to amend the remittitur is the proper remedy, if any. (*Matter of Prospect Park & Coney Island R. R. Co.*, 67 N. Y. 371, 378; *Smythe* v. *City of New York*, 203 N. Y. 584.)